

Brig, Charleston, Respondents. Notice is hereby given that a petition for extraordinary relief in the nature of a writ of habeas corpus was filed under Rule 27(a) on this date.

Monday, May 16, 2011

No. 11–0463/AR. U.S. v. Jermaine J. Johnson. CCA 20090797. Appellant's *second* motion to extend time to file the supplement granted, *up to and including May 24, 2011*, and *absent extraordinary circumstances, no further extension of time will be granted in this case.*

No. 11–0475/AR. U.S. v. Robert L. Conrady. CCA 20080534. Appellant's motion to extend time to file the supplement to the petition for grant of review granted up to and including June 7, 2011.

No. 11–6003/AR. U.S. v. Michael A. Prince. CCA 20100939. Appellant's motion to dismiss for lack of subject matter jurisdiction denied.

No. 11–8024/NA. U.S. v. John R. Davenport. CCA 201000067. Appellee's motion to extend time to file an answer to the writ-appeal granted, up to and including May 31, 2011.